# United States Court of Appeals
## For the First Circuit

No. 08-1402

LUIS ZULUAGA,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on October 19, 2009, is amended as follows:

On page 9, lines 17-18, the citation that currently reads "152 App'x 1, 3 (1st Cir. 2005)" should instead be "152 F. App'x 1, 3 (1st Cir. 2005)"